UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Dawn Martinez, et al,<br><br>      Plaintiff,<br><br>      v.<br><br>Brad Andrews,<br><br>      Defendant. | Civil Action No. 2:23–cv–469 |

## ORDER

On or before November 8, 2023, Plaintiffs shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 1st day of November 2023.

                                                */s/ Kevin J. Doyle*
                                                Kevin J. Doyle
                                                United States Magistrate Judge