UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Dawn Martinez et al,

    Plaintiff,

    v.

Brad Andrews,

    Defendant.

Civil Action No. 2:23–cv–469

## ORDER

On or before December 18, 2023, Defendant shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 11th day of December 2023.

        */s/ Kevin J. Doyle*
        Kevin J. Doyle
        United States Magistrate Judge